IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUN -6  A II: 03

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Victoria Poole, Everleon Bates, Cornell Lewis, Fablion Fleming, Sharon Henry, Cheryl Miles, Yolanda Napier, Sharon Watkins, and Kareem Watson, collectively,<br><br>        Plaintiffs,<br><br>vs.<br><br>KFC Corporation,<br><br>        Defendant. | Case No.: 2:07cv502 - MHT<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs Victoria Poole, Everleon Bates, Cornell Lewis, Fablion Fleming, Sharon Henry, Cheryl Miles, Yolanda Napier, Sharon Watkins, and Kareem Watson ("Plaintiffs"), by and through their attorneys, for their Complaint against Defendant KFC Corporation ("Defendant"), state as follows:

## JURISDICTION

1. The violations asserted herein occurred within the state of Alabama where Plaintiffs worked for Defendant.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 to hear this Complaint and to adjudicate the claims stated herein. This action is being brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*

## VENUE

3. Venue is proper in the Middle District of Alabama, Northern Division under 28 U.S.C. § 1391(b), because a substantial part of the events or omissions giving rise to the claims

occurred in this District.

## THE PARTIES

4. Plaintiffs Victoria Poole, Everleon Bates, Cornell Lewis, Fablion Fleming, Sharon Henry, Cheryl Miles, Yolanda Napier, Sharon Watkins, and Kareem Watson are or were residents of Alabama during the applicable statute of limitations and worked as assistant unit managers for Defendant's KFC base and KFC multi-brand restaurants in Alabama during the applicable statute of limitations. Plaintiffs were "employees" of Defendant as defined by the FLSA, 29 U.S.C. § 203(e)(1). Plaintiffs bring their individual claims collectively through this action.

5. Defendant is a foreign corporation with its principle place of business in Louisville, Kentucky. Defendant operates numerous KFC base and KFC multi-brand restaurants across the country, including restaurants in Alabama. Defendant is an "employer" within the meaning of the FLSA, 29 U.S.C. § 203 (d).

## FACTUAL ALLEGATIONS

6. During the statutory period, Plaintiffs worked as assistant unit managers in several of Defendant's KFC base and KFC multi-brand restaurants. As assistant unit managers, the primary duties of Plaintiffs were cleaning, taking orders, servicing customers, and preparing, cooking, and packaging food. Plaintiffs spent a vast majority of their work-time performing such duties.

7. During the statutory period, Defendant directed Plaintiffs to work in excess of forty (40) hours per week, and Plaintiffs customarily worked in excess of forty (40) hours per week. Defendant typically scheduled Plaintiffs to work a minimum of fifty (50) hours per week.

8. Defendant failed to compensate Plaintiffs at a rate of one and one-half times their

regular hourly rate of pay for all time worked in excess of forty (40) hours in individual work weeks.

## COUNT I

## VIOLATION OF THE FAIR LABOR STANDARDS ACT

9. By reference hereto, Plaintiffs hereby incorporate the foregoing paragraphs.

10. Defendant is required by the FLSA, 29 U.S.C. § 207, to pay wages to Plaintiffs at a rate no less than one and one-half times their regular hourly rate of pay for all time worked in excess of forty (40) hours in individual workweeks.

11. Defendant improperly classified Plaintiffs as exempt under the overtime wage provisions of the FLSA, 29 U.S.C. § 207.

12. Defendant willfully failed and refused to pay Plaintiffs overtime wages for all hours worked in excess of forty (40) hours per week.

13. Defendant's willful failure and refusal to pay Plaintiffs overtime wages for all time worked in excess of forty (40) hours per week in individual workweeks violates the FLSA, 29 U.S.C. §§ 207, and 255.

14. As a result of these unlawful practices, Plaintiffs suffered a loss of wages and are therefore entitled to recover unpaid wages for up to three years prior to the initial filing of their claims.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand:

1. Judgment against Defendant for an amount equal to Plaintiffs' unpaid back wages at the applicable overtime rates;

2. Judgment against Defendant that its violations of the FLSA were willful;

3. An equal amount to the overtime damages as liquidated damages;

4. To the extent liquidated damages are not awarded, an award of prejudgment interest;

5. All costs and attorneys' fees incurred prosecuting these claims; and

6. For such further relief as the Court deems just and equitable.

Dated: _____

EDWARD STILL LAW FIRM, LLC

_____
Edward Still, AL Bar No. ASB-4786-I47W
2112 11th Ave. S., Suite 201
Birmingham, AL 35205-2844
Telephone: (205) 320-2882
Fax: (877) 264-5513
Still@votelaw.com

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN Bar No. 78918
Paul J. Lukas, MN Bar No. 22084X
Michele R. Fisher, MN Bar No. 303069
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 256-3200
Fax (612) 218-4870

ATTORNEYS FOR PLAINTIFFS

# EXHIBIT A

## KFC CORPORATION
## PLAINTIFF CONSENT FORM

I previously joined the lawsuit captioned *Parler et al. v. KFC Corporation*, Court File No. 05-2198 PJS/JJG (D. Minn.). I would like to continue with my overtime claim against KFC Corporation, and hereby consent to join the subsequent action filed as a result of the court's decertification of the initial action I joined.

**Everleon Bates**

REDACTED

*If any of the information above has changed, please update.*

_____  02/09/2007
Signature                        Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn. Michele Fisher
                         4600 IDS Center, 80 South Eighth Street
                         Minneapolis, MN 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email fisher@nka.com
                         www.overtimecases.com

NKA079330

## KFC CORPORATION
## PLAINTIFF CONSENT FORM

I previously joined the lawsuit captioned *Parler et al. v. KFC Corporation*, Court File No. 05-2198 PJS/JJG (D. Minn.). I would like to continue with my overtime claim against KFC Corporation, and hereby consent to join the subsequent action filed as a result of the court's decertification of the initial action I joined.

**Fablion Fleming**

REDACTED

*If any of the information above has changed, please update.*

*Fablion Fleming*                           2/02/2007
Signature                                   Date

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn. Michele Fisher
                           4600 IDS Center, 80 South Eighth Street
                           Minneapolis, MN 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: fisher@nka.com
                           www.overtimecases.com

NKA079125

## KFC CORPORATION
## PLAINTIFF CONSENT FORM

I previously joined the lawsuit captioned *Parler et al. v. KFC Corporation*, Court File No. 05-2198 PJS/JJG (D. Minn.). I would like to continue with my overtime claim against KFC Corporation, and hereby consent to join the subsequent action filed as a result of the court's decertification of the initial action I joined.

**Sharon Henry**

REDACTED

*If any of the information above has changed, please update.*

_____    03/02/2007
Signature                                                   Date

REDACTED

Fax, Mail or Email to:

Nichols Kaster & Anderson, PLLP
Attn. Michele Fisher
4600 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: fisher@nka.com
www.overtimecases.com

NKA079124

PARLER et al. v. KFC CORPORATION
PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit captioned *Parler et al. v. KFC Corporation*, Court File No. 05-2198 PAM/JJG (D. Minn.) as a Plaintiff to assert claims against Defendant KFC Corporation for alleged violations of the overtime requirements of the Fair Labor Standards Act, 29 U.S.C. § 207. During the past three years, there were occasions when I worked over 40 hours per week for KFC Corporation as an assistant unit manager when I did not receive overtime compensation.

00000277
536
CORNELL LEWIS

*If any of the information above has changed, please update.*

_Signature:_ [signed] Cornell Lewis        _Date:_ 03/20/2006

REDACTED

Fax or Mail to:    Rust Consulting, Inc.
                   P.O. Box 1342
                   Minneapolis, MN 55440-1342
                   Fax: (612) 359-2050

*Any questions should not be directed to Rust Consulting, Inc., but rather to Plaintiffs' Counsel, Nichols Kaster & Anderson, 4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, Toll Free Telephone (877) 448-0492, email fisher@nka.com.

1
Consent Form

NKA010511                                                   10245-01

## PARLER et al. v. KFC CORPORATION
## PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit captioned *Parler et al. v. KFC Corporation*, Court File No. 05-2198 PAM/JJG (D. Minn.) as a Plaintiff to assert claims against Defendant KFC Corporation for alleged violations of the overtime requirements of the Fair Labor Standards Act, 29 U.S.C. § 207. During the past three years, there were occasions when I worked over 40 hours per week for KFC Corporation as an assistant unit manager when I did not receive overtime compensation.

```
00000147
587
CHERYL MILES
```

*If any of the information above has changed, please update.*

Signature: Cheryl L. Miles         Date: 04/13/2006

REDACTED

Fax or Mail to:    Rust Consulting, Inc.
                  P.O. Box 1342
                  Minneapolis, MN 55440-1342
                  Fax: (612) 359-2050



*Any questions should not be directed to Rust Consulting, Inc., but rather to Plaintiffs' Counsel, Nichols Kaster & Anderson, 4 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, Toll Free Telephone (877) 448-0492, email fisher@nka.com.

1
Consent Form

NKA013223                                                                    10245-01

## KFC CORPORATION
## PLAINTIFF CONSENT FORM

I previously joined the lawsuit captioned *Parler et al. v. KFC Corporation*, Court File No. 05-2198 PJS/JJG (D. Minn.). I would like to continue with my overtime claim against KFC Corporation, and hereby consent to join the subsequent action filed as a result of the court's decertification of the initial action I joined.

**Yolanda Napier**

REDACTED

*If any of the information above has changed, please update.*

Signature: *Yolanda Napier*   Date: 03/06/2007

REDACTED

Fax, Mail or Email to:

Nichols Kaster & Anderson, PLLP
Attn. Michele Fisher
4600 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email fisher@nka.com
www.overtimecases.com

NKA079329

## KFC CORPORATION
## PLAINTIFF CONSENT FORM

I previously joined the lawsuit captioned *Parler et al. v. KFC Corporation*, Court File No. 05-2198 PJS/JJG (D. Minn.). I would like to continue with my overtime claim against KFC Corporation, and hereby consent to join the subsequent action filed as a result of the court's decertification of the initial action I joined.

**Victoria Poole**

| |
|---|
| REDACTED |

*If any of the information above has changed, please update.*

_____     03/06/2007
Signature

| |
|---|
| REDACTED |

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn. Michele Fisher
4600 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email fisher@nka.com
www.overtimecases.com

NKA079449

## KFC CORPORATION
## PLAINTIFF CONSENT FORM

I previously joined the lawsuit captioned *Parler et al. v. KFC Corporation*, Court File No. 05-2198 PJS/JJG (D. Minn.). I would like to continue with my overtime claim against KFC Corporation, and hereby consent to join the subsequent action filed as a result of the court's decertification of the initial action I joined.

**Sharon Watkins**

REDACTED

*If any of the information above has changed, please update.*

Signature: *Sharon Watkins*   Date: 3/7/2007

REDACTED

Fax, Mail or Email to:

Nichols Kaster & Anderson, PLLP
Attn. Michele Fisher
4600 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email fisher@nka.com
www.overtimecases.com

NKA079526

## KFC CORPORATION
## PLAINTIFF CONSENT FORM

I previously joined the lawsuit captioned *Parler et al. v. KFC Corporation*, Court File No. 05-2198 PJS/JJG (D. Minn.). I would like to continue with my overtime claim against KFC Corporation, and hereby consent to join the subsequent action filed as a result of the court's decertification of the initial action I joined.

**Kareem Watson**

REDACTED

*If any of the information above has changed, please update.*

Signature: *Kareem Watson* Date: 3/5/07

REDACTED

Fax, Mail or Email to:

Nichols Kaster & Anderson, PLLP
Attn. Michele Fisher
4600 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email fisher@nka.com
www.overtimecases.com

NKA079374