AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Middle District of Alabama, Northern Division

Victoria Poole, et al.

V.

KFC Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv502-MHT

TO: (Name and address of Defendant)

KFC Corporation
c/o Harvey Brownlee Jr.
Chief Operating Officer
1441 Gardiner Lane
Louisville, KY 40213

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward Still
EDWARD STILL LAW FIRM
2112 11th Ave. S., Suite 201
Birmingham, AL 35205-2844
Telephone: (205) 320-2882
Fax: (877) 264-5513

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                June 7, 2007

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date              *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Hon. Debra P. Hackett, Clerk
US District Court, MD Alabama
One Church Street
Montgomery, AL  36104

CERTIFIED MAIL

7155 5474 4100 1233 2145

PS Form 3800, 1/01

KFC Corporation
c/o Harvey Brownlee Jr.
Chief Operating Officer
1441 Gardiner Lane
Louisville, KY 40213

$10.040
US POSTAGE
FIRST-CLASS
FROM 35205
JUN 05 2007
stamps.com

0625000513756