IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| Victoria Poole, Everleon Bates, Cornell Lewis, Fablion Fleming, Sharon Henry, Cheryl Miles, Yolanda Napier, Sharon Watkins, and Kareem Watson, collectively, <br><br>    Plaintiffs, <br><br>vs. <br><br>KFC Corporation, <br><br>    Defendant. | Case No.: 07-cv-502-MHT |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.1 of the Local Rules for the United States District Court Middle District of Alabama, Donald H. Nichols, Paul J. Lukas, and Michele R. Fisher respectfully request an order granting admission *pro hac vice* to appear on behalf of Plaintiffs in the above mentioned case. Mr. Nichols, Mr. Lukas, and Ms. Fisher are not residents of Alabama, have not made appearances in other cases to such extent as to constitute the regular practice of law in Alabama, and are members in good standing of the United States District Court for the District of Minnesota.

Dated: 11 June 2007

Respectfully submitted,

EDWARD STILL LAW FIRM, LLC

_____
Edward Still
2112 11th Ave. S., Suite 201
Birmingham, AL 35205-2844
Telephone: (205) 320-2882
Fax: (877) 264-5513

1

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN Bar No. 78918
Paul J. Lukas, MN Bar No. 22084X
Michele R. Fisher, MN Bar No. 303069
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone (612) 256-3200
Fax (612) 218-4870

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| Victoria Poole, Everleon Bates, Cornell Lewis, Fablion Fleming, Sharon Henry, Cheryl Miles, Yolanda Napier, Sharon Watkins, and Kareem Watson, collectively,<br><br>    Plaintiffs,<br><br>vs.<br><br>KFC Corporation,<br><br>    Defendant. | Case No.: 07-cv-502-MHT |

## **PROPOSED ORDER**

IT IS HEREBY ORDERED that the motion for Michele R. Fisher's admission pro hac vice on behalf of Plaintiffs in the above mentioned case is GRANTED.

IT IS SO ORDERED.

Dated: _____

                                                                               _____
                                                                               United States District Court Judge

June 4, 2007 AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

### District of Minnesota

**CERTIFICATE OF
GOOD STANDING**

I, Richard D. Sletten, Clerk of this Court, certify that

Donald H. Nichols, Bar # 78918, was duly admitted

to practice in this Court on August 20, 1973, and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on June 4, 2007.


RICHARD D. SLETTEN, CLERK

_____
(By)     Deborah D. Bell, Deputy Clerk

Form Modified 12/30/03

June 4, 2007 AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

### District of Minnesota

**CERTIFICATE OF
GOOD STANDING**

I, Richard D. Sletten, Clerk of this Court, certify that

Michele R. Fisher, Bar # 303069, was duly admitted

to practice in this Court on June 8, 2001, and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on June 4, 2007.

RICHARD D. SLETTEN, CLERK

(By) _____
Deborah D. Bell, Deputy Clerk

Form Modified 12/30/03

June 4, 2007 AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

### District of Minnesota

**CERTIFICATE OF
GOOD STANDING**

I, Richard D. Sletten, Clerk of this Court, certify that

Paul J. Lukas, Bar # 22084X, was duly admitted

to practice in this Court on February 7, 1992, and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on June 4, 2007.

RICHARD D. SLETTEN, CLERK

(By) _____
Deborah D. Bell, Deputy Clerk

Form Modified 12/30/03