| | | |
|---|---|---|
| Hon. Debra P. Hackett, Clerk<br>US District Court, MD Alabama<br>One Church Street<br>Montgomery, AL 36104 | Poole | **4. Restricted Delivery?**   **3. Service Type**<br>(Extra Fee) ☐ Yes   X  **CERTIFIED**<br>**2. Article Number**<br>7155 5474 4100 1233 2145 |

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature:** (☐ Addressee or ☒ Agent)
X Christy Lewis  *Christy Lewis*

**B. Received By:** (Please Print Clearly)
Christy Lewis

**C. Date of Delivery**
6/11/2007

**D. Addressee's Address** (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City     State     ZIP + 4 Code

**1. Article Addressed To:**

KFC Corporation
c/o Harvey Brownlee Jr.
Chief Operating Officer
1441 Gardiner Lane
Louisville, KY 40213

2:07cv502-MHT  cmp1smo 20