IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **VICTORIA POOLE, et al.,** | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv502-MHT |
| | ) | |
| **KFC CORPORATION,** | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

It is ORDERED that the motion to appear pro hac vice (Doc. No. 3) is granted.

DONE, this the 18th day of June, 2007.

                                                                  **/s/ Myron H. Thompson**
                                       **UNITED STATES DISTRICT JUDGE**