IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Victoria Poole, Everleon Bates, Cornell Lewis,⟩
Fablion Fleming, Sharon Henry, Cheryl Miles,⟩
Yolanda Napier, Sharon Watkins, and Kareem⟩
Watson, collectively,                                    )
                                                         )
                        Plaintiffs,                      )          Case No.: 2:07-CV-502 MHT
                                                         )
            vs.                                          )
                                                         )
                                                         )
                                                         )
KFC Corporation,                                         )
                                                         )
                        Defendant.                       )
                                                         )
                                                         )
                                                         )
_____ )

**CONFLICT DISCLOSURE STATEMENT**

        COMES NOW <u>Victoria Poole, Everleon Bates, Cornell Lewis, Fablion Fleming, Sharon Henry, Cheryl Miles, Yolanda Napier, Sharon Watkins, and Kareem Watson</u>, <u>Plaintiffs</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entitles reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

___X___        This party is an individual, or

_____        This party is a governmental entity, or

_____        There are no entities to be reported, or

_____        The following are entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                            <u>Relationship to Party</u>

_____          _____

_____          _____

_____          _____

Date:   6.22.07                         s/Michele R. Fisher
                                        NICHOLS KASTER & ANDERSON, PLLP
                                        Donald H. Nichols, MN Bar No. 78918*
                                        Paul J. Lukas, MN Bar No. 22084X*
                                        Michele R. Fisher, MN Bar No. 303069*
                                        4600 IDS Center
                                        80 South 8th Street
                                        Minneapolis, MN  55402
                                        Telephone (612) 256-3200
                                        Fax (612) 218-4870
                                        *admitted *pro hac vice*

                                        EDWARD STILL LAW FIRM LLC
                                        Edward Still
                                        2112 11th Ave. S., Suite 201
                                        Birmingham, AL 35205-2844
                                        Telephone: (205) 320-2882
                                        Fax: (877) 264-5513

                                        ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Michele R. Fisher, do hereby certify that a true and correct copy of the foregoing has been furnished by electronic mail on this 22nd day of June 2007 to :

Robert Davis
Robert Varnell
Mayer Brown Rowe & Maw
1909 K Street, N.W.
Suite 1200
Washington, D.C. 20006-1157
rvarnell@mayerbrownrowe.com
rdavis@mayerbrownrowe.com

Dated:  6.22.07                              s/Michele R. Fisher
                                             Michele R. Fisher