IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VICTORIA POOLE, EVERLEON BATES, CORNELL LEWIS, FABLION FLEMING, SHARON HENRY, CHERYL MILES, YOLANDA NAPIER, SHARON WATKINS, and KAREEM WATSON, collectively, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| Vs. | ) ) ) |
| KFC CORPORATION, | ) ) |
| Defendant. | ) |

CIVIL ACTION NO:

2:07cv502-MHT

## CONFLICT DISCLOSURE STATEMENT

COMES NOW KFC Corporation, a defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| KFC Holding Co. | KFC Corporation is a subsidiary of KFC Holding Co. |
| Yum! Brands, Inc. | KFC Holding Co., is a Subsidiary of Yum! Brands, Inc., a publicly held company |

| | |
|---|---|
| June 28, 2007 | s/John N. Leach |
| Date | John N. Leach (LEACJ2634) |
| | One of the attorneys for |
| | Defendant |

Of Counsel:

HELMSING, LEACH, HERLONG,
   NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, Alabama 36652
(251) 432-5521
(251) 432-0633 (Fax)
Email: jnl@helmsinglaw.com

Of Counsel:

Robert P. Davis
rdavis@mayerbrownrowe.com
Diana L. Hoover
dhoover@mayerbrownrowe.com
MAYER, BROWN, ROWE & MAW LLP
1909 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 29, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Donald H. Nichols, Esq.
Michele R. Fisher, Esq.
Paul J. Lukas, Esq.
Donald H. Nichols, Esq.
Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Edward Still, Esq.
Edward Still Law Firm, LLC
2112 11th Avenue South, Suite 201
Birmingham, AL 35205-2844

                                          s/John N. Leach
                                          Of Counsel