**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| VICTORIA POOLE, EVERLEON BATES, ) | |
| CORNELL LEWIS, FABLION FLEMING, ) | |
| SHARON HENRY, CHERYL MILES, ) | CIVIL ACTION NO: |
| YOLANDA NAPIER, SHARON ) | |
| WATKINS, and KAREEM WATSON, ) | 2:07cv502-MHT |
| collectively, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| Vs. ) | |
| ) | |
| KFC CORPORATION, ) | |
| ) | |
|     Defendant. ) | |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Rule 83.1 of the Local Rules for the United States District Court Middle District of Alabama, Robert P. Davis and Diana L. Hoover respectfully request an order granting admission pro hac vice to appear on behalf of Defendant in the above mentioned case. Mr. Davis and Ms. Hoover are not residents of Alabama, have not made appearances in other cases to such extent as to constitute the regular practice of law in Alabama. Ms. Hoover is a member in good standing of the United States District Court for the Southern District of Texas. Mr. Davis is a member in good standing of the United States District Court for the District of Columbia.

A Certificate of Good Standing for Ms. Hoover from the U. S. District Court for the Southern District of Texas is attached hereto. A Certificate of Good Standing for Mr. Davis from the U. S. District Court for the District of Columbia has been requested and will be filed upon receipt.

                    Respectfully submitted,

                    s/John N. Leach
                    Attorney for Defendant KFC Corporation
                    (LEACJ2634)

Of Counsel:

HELMSING, LEACH, HERLONG,
   NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, Alabama 36652
(251) 432-5521
(251) 432-0633 (Fax)
Email: jnl@helmsinglaw.com

Of Counsel:

Robert P. Davis
rdavis@mayerbrownrowe.com
Diana L. Hoover
dhoover@mayerbrownrowe.com
MAYER, BROWN, ROWE & MAW LLP
1909 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000

## CERTIFICATE OF SERVICE

  I hereby certify that on June 29, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Donald H. Nichols, Esq.
Michele R. Fisher, Esq.
Paul J. Lukas, Esq.
Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Edward Still, Esq.
Edward Still Law Firm, LLC
2112 11th Avenue South, Suite 201
Birmingham, AL 35205-2844

              s/John N. Leach
              Of Counsel

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA § § §
SOUTHERN DISTRICT OF TEXAS

I, **MICHAEL N. MILBY**, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Diana Hoover**, Federal ID No. **17079**, was duly admitted to practice in said Court on **March 25, 1994** and is in good standing as a member of the bar of said Court.

Dated June 21, 2007 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _____
L. Filmore
Attorney Admissions Clerk