## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| VICTORIA POOLE, EVERLEON BATES, ) <br> CORNELL LEWIS, FABLION FLEMING, ) <br> SHARON HENRY, CHERYL MILES, ) <br> YOLANDA NAPIER, SHARON ) <br> WATKINS,  and KAREEM WATSON, ) <br> collectively, ) <br> ) <br> Plaintiffs, ) <br> ) <br> Vs. ) <br> ) <br> KFC CORPORATION, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO: <br><br> 2:07cv502-MHT |

## FILING OF CERTIFICATE OF GOOD STANDING

Attached is a Certificate of Good Standing from the United States District Court for the District of Columbia for Robert Davis in support of his Motion for Pro Hac Vice Admission previously filed.

Respectfully submitted,

s/John N. Leach
Attorney for Defendant KFC Corporation
(LEACJ2634)

Of Counsel:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, Alabama 36652
(251) 432-5521
(251) 432-0633 (Fax)
Email: jnl@helmsinglaw.com

Of Counsel:

Robert P. Davis
rdavis@mayerbrownrowe.com
Diana L. Hoover
dhoover@mayerbrownrowe.com
MAYER, BROWN, ROWE & MAW LLP
1909 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Donald H. Nichols, Esq.
Michele R. Fisher, Esq.
Paul J. Lukas, Esq.
Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Edward Still, Esq.
Edward Still Law Firm, LLC
2112 11th Avenue South, Suite 201
Birmingham, AL 35205-2844

                                           s/John N. Leach
                                           Of Counsel

Doc.#141172

# United States District Court
## for the District of Columbia
### CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

### ROBERT   P.   DAVIS

was, on the  1st  day of  April  A.D.  1996  admitted to practice as an  Attorney at  Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  2nd  day of  July  A.D. 2007.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____
Deputy Clerk

