IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| VICTORIA POOLE, et al.,   )<br>  )<br>   Plaintiffs,   )<br>  )<br>v.   )<br>  )<br>KFC CORPORATION,   )<br>  )<br>   Defendant.   ) | CIVIL ACTION NO.<br>2:07cv502-MHT |

ORDER

It is ORDERED that the motion to appear pro hac vice (Doc. No. 9) is granted.

DONE, this the 9th day of July, 2007.

  /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE