IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VICTORIA POOLE, et al.,   )
                          )
    Plaintiffs,            )
                          )      CIVIL ACTION NO.
    v.                    )       2:07cv502-MHT
                          )
KFC CORPORATION,          )
                          )
    Defendant.            )
```

### ORDER

It is ORDERED as follows:

(1) The motion for an initial status conference (Doc. No. 14) is granted.

(2) An on-the-record status conference is set for July 31, 2007, at 8:30 a.m. Counsel for movant is to arrange for the status conference to be conducted by telephone.

(3) By noon on July 30, 2007, the non-movants are to file a response to the statements made in the status-conference motion.

DONE, this the 24th day of July, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE