**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| VICTORIA POOLE, EVERLEON BATES, ) <br> CORNELL LEWIS, FABLION FLEMING, ) <br> SHARON HENRY, CHERYL MILES, ) <br> YOLANDA NAPIER, SHARON ) <br> WATKINS, and KAREEM WATSON, ) <br> collectively, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> Vs. ) <br>   ) <br> KFC CORPORATION, ) <br>   ) <br> Defendant. ) | CIVIL ACTION NO: <br><br> 2:07cv502-MHT-SRW |

**DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING A DECISION**
**BY THE JUDICIAL PANEL FOR MULTIDISTRICT LITIGATION**

Defendant KFC Corporation respectfully submits this motion to stay all proceedings in this action pending a transfer decision by the Judicial Panel on Multidistrict Litigation ("the Panel"), pursuant to U.S.C.A. § 1407. In support of this motion, Defendant states as follows:

1. This action was filed on June 6 2007, and is one of 28 actions alleging that KFC had violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., by failing to pay overtime to Assistant Unit Managers ("AUMs") at its restaurants. All 28 actions were brought by the same Plaintiffs' counsel, allege the same FLSA violations, and share virtually identical questions of law and fact.

2. The Plaintiffs in this action were part of a group of KFC AUMs who commenced a nationwide putative collective action in the United States District Court for the District of Minnesota in 2005.  Parler v. KFC Corp., Civ. No. 05-2198-PJS-JJG, D. Minn.  The Parler action was decertified on Plaintiffs' request.

3. KFC filed a motion before the Judicial Panel on Multidistrict Litigation ("the Panel") on August 21, 2007, asking the Panel to transfer all 28 pending cases to the United States District Court for the District of Minnesota to coordinate pre-trial proceedings.  The District of Minnesota is the only district where more than one action is pending and the court there has presided over the original Parler action.

4. It is anticipated that the Defendant's Motion for Transfer of Actions will be considered by the Multidistrict Panel no later than November, 2007.

5. This Court should stay all proceedings in this action pending a decision by the Panel.  A stay would save both KFC and Plaintiffs the hardship of litigating the identical estoppel issue in multiple jurisdictions, litigating other identical legal issues in multiple jurisdictions, and conducting virtually identical discovery in multiple jurisdictions.  Moreover, a stay would conserve judicial resources because it would avoid requiring this Court to spend its time and energy becoming familiar with the facts, procedural history and claims that the transferee court may consider, and eliminate duplicative hearings and motions.

6. KFC is filing similar stay motions in all of the cases it is asking to be transferred for pretrial proceedings under 28 U.S.C. § 1407.

For these reasons, and as explained in Defendant's Memorandum, this Court should stay all deadlines and proceedings in this matter until the Panel decides whether to consolidate and transfer this matter to a single district for coordinated pretrial proceedings.

Dated:   August 22, 2007                         s/John N. Leach
                                                 Attorney for Defendant KFC Corporation
                                                 (LEA006)

Of Counsel:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, Alabama 36652
(251) 432-5521
(251) 432-0633 (Fax)
Email:  jnl@helmsinglaw.com

Of Counsel:

MAYER, BROWN, ROWE & MAW LLP
Robert P. Davis
D.C. Bar. No. 334235*
*admitted pro hac vice
1909 K Street N.W.
Washington, D.C.  20006
Telephone:  (202) 263-3000
Fax: (202) 263-3300
rdavis@mayerbrownrowe.com

Diana L. Hoover
TX Bar No. 00787333*
*admitted pro hac vice
700 Louisiana Street
Suite 3400
Houston, TX 77002
Telephone:  (713) 238-2628
Fax: (713) 238-4628
dhoover@mayerbrownrowe.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 22, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Donald H. Nichols, Esq.
Paul J. Lukas, Esq.
Michele R. Fisher, Esq.
NICHOLS KASTER & ANDERSON PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402

Edward Still, Esq.
2112 11th Ave. S., Suite 201
Birmingham, AL  35205-2844

                                          s/John N. Leach
                                          Of Counsel