IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| VICTORIA POOLE, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv502-MHT |
| | ) | |
| KFC CORPORATION, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the motion to stay (Doc. No. 20) is set for submission, without oral argument, on September 7, 2007, with all briefs due by said date.

DONE, this the 27th day of August, 2007.

       /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE