IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VICTORIA POOLE, EVERLEON BATES, CORNELL LEWIS, FABLION FLEMING, SHARON HENRY, CHERYL MILES, YOLANDA NAPIER, SHARON WATKINS, and KAREEM WATSON, collectively, | )<br>)<br>) CIVIL ACTION NO:<br>)<br>) 2:07cv502-MHT-SRW<br>) |
| Plaintiffs, | ) |
| Vs. | ) |
| KFC CORPORATION, | ) |
| Defendant. | ) |

**NOTICE OF NAME CHANGE**

Please take notice that, effective September 1, 2007, the name of Defendant's co-counsel MAYER, BROWN, ROWE & MAW LLP will change to:

MAYER BROWN LLP

The office addresses remain:

| | |
|---|---|
| Robert P. Davis | Diana L. Hoover |
| Mayer Brown, LLP | Mayer Brown, LLP |
| 1909 K. Street, N.W. | 700 Louisiana Street, Suite 3400 |
| Washington, D.C. 20006 | Houston, TX |
| (202) 263-3000 | (713) 238-2628 |
| (202) 263-3300 (fax) | (713) 238-4628 |

Co-counsel's email addresses *will change* from mayerbrownrowe.com to mayerbrown.com.

Kindly use the new firm name in all pleadings, correspondence, and other documents *after* August 31, 2007.

Dated:   August 29, 2007             s/John N. Leach
                                     Attorney for Defendant KFC Corporation
                                     (LEA006)

Of Counsel:
HELMSING, LEACH, HERLONG,
    NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, Alabama 36652
(251) 432-5521
(251) 432-0633 (Fax)
Email:  jnl@helmsinglaw.com

Of Counsel:

MAYER BROWN LLP
Robert P. Davis
D.C. Bar. No. 334235*
*admitted pro hac vice
1909 K Street N.W.
Washington, D.C.  20006
Telephone:  (202) 263-3000
Fax: (202) 263-3300
rdavis@mayerbrown.com

Diana L. Hoover
TX Bar No. 00787333*
*admitted pro hac vice
700 Louisiana Street
Suite 3400
Houston, TX 77002
Telephone:  (713) 238-2628
Fax: (713) 238-4628
dhoover@mayerbrown.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 29, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Donald H. Nichols, Esq.
Paul J. Lukas, Esq.
Michele R. Fisher, Esq.
NICHOLS KASTER & ANDERSON PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402

Edward Still, Esq.
2112 11th Ave. S., Suite 201
Birmingham, AL  35205-2844

                                                s/John N. Leach
                                                Of Counsel