IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **VICTORIA POOLE, et al.,** )<br>)<br>    Plaintiffs,    )<br>)<br>    v.                     )<br>)<br>**KFC CORPORATION,**       )<br>)<br>    Defendant.         ) | CIVIL ACTION NO.<br>2:07cv502-MHT |

ORDER

It is ORDERED that the motion to stay (Doc. No. 20) is denied.

DONE, this the 12th day of September, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**