# United States District Court
## District of Minnesota

Office Of The Clerk
300 S. Fourth St., Room 202
Minneapolis, MN 55415

RICHARD D SLETTEN, CLERK
(612) 664-5000

'08 JAN 14 A 9:46

J.S. DISTRICT COURT
MIDDLE DISTRICT ALA

January 11, 2008

Ms. Debra P. Hackett, Clerk
United States District Court
Post Office Box 711
Montgomery, AL 36101

In re:  MDL-1892 -- In re: KFC Corp. Fair Labor Standards Act Litigation
YOUR CASE NUMBER: C.A. No. 2:07-502 Poole, et al. V. KFC Corp.
DISTRICT OF MINNESOTA CASE NUMBER:  08cv96 DSD/JJG

Dear Clerk:

An certified copy of transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on January 3, 2008.  Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota. The cases are assigned to Judge David S. Doty and Magistrate Judge Jeanne J. Graham for coordinated or consolidated pretrial proceedings. Please reference the case number assigned in this court on all correspondence or communications.

Please forward a certified copy of the docket sheet for the case listed above together with a received stamped copy of this letter to: Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415. Communications regarding these actions should be directed to Ms. Mary Kaye Conery or Ms. Lou Jean Gleason at (612) 664-5000. Should you have any questions please do not hesitate to call.

Very truly yours,

RICHARD D. SLETTEN, CLERK

*Jackie Ellingson*
Jackie Ellingson, Deputy Clerk

Enclosure

cc:  Judge David S. Doty
     Judicial Panel on Multidistrict Litigation