Poole

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

Richard D. Sletten, Clerk
U. S. District Court
300 S. Fourth St., Room 202
Minneapolis, MN 55415

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X      ☑ Agent   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery   1/18/08

dress different from item 1? ☐ Yes
delivery address below: ☑ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2:07CV502  trsf poole | dkt sht

2. Article Number
(Transfer from service lat.    7007 1490 0000 0026 6008

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540